No. 03–9591.   THOMAS v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 03–9592.   LOPEZ-LERMA v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 03–9596.   CARRILLO-ANDRADE v. UNITED STATES; and DIAZ-MIRANDA v. UNITED STATES.   C. A. 5th Cir.· Certiorari denied.

No. 03–9598.   DUGGINS v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 03–9599.   CLAYBORN v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.